# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD R. SALTER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1691 |
| v. | : | (JUDGE MANNION) |
| **JOHN WETZEL, et al.,** | : | |
| **Defendants** | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 18) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  June 30, 2020**
19-1691-01-ORDER